Darren K. Nelson (7946)
Michael D. Black (9132)
Jeffery A. Balls (12437)
**PARR BROWN GEE & LOVELESS**
185 South State Street, Suite 800
Salt Lake City, UT 84111
Telephone: (801)532-7840
Facsimile: (801)532-7750

Attorneys for BAC Home Loans Servicing, L.P. and ReconTrust Company, N.A.

## IN THE UNITED STATES DISTRICT COURT, CENTRAL DIVISION, STATE OF UTAH

| | |
|---|---|
| ANDERSON LAW CENTER, P.C. TYLE PETERSON, and CALLIE PETERSON,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, L.P. aka Bank of America, RECONTRUST COMPANY,<br><br>Defendants. | **MOTION AND STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:10-cv-01107CW<br>Judge Bruce S. Jenkins |

 Pursuant to Rule 41 of the Federal Rules of Procedure, Plaintiffs Anderson Law Center, P.C., Tyle and Callie Peterson and Defendants BAC Home Loans Servicing, L.P. and ReconTrust Company, N.A., by and through their respective counsel of record, hereby stipulate and agree that the above-entitled matter may be dismissed with prejudice, and on the merits, with all parties bearing their respective costs and attorneys fees.

374400.1

Based upon the foregoing, the parties jointly move for an order of dismissal with prejudice conforming with the terms of this Stipulation.

DATED this 10th day of May, 2011.

        PARR BROWN GEE & LOVELESS

        BY: /s/ DARREN K. NELSON
           DARREN K. NELSON
           ATTORNEYS FOR COUNTRYWIDE BANK FSB

        ANDERSON LAW CENTER

        BY /s/ TODD ANDERSON
           TODD ANDERSON
           ATTORNEY FOR ANDERSON LAW CENTER,
           P.C. AND TYLE AND CALLIE PETERSON
           *(Signed by Filing Attorney with Permission*
            *of Plaintiffs Attorney)*

        BY: /s/ DARREN K. NELSON
           DARREN K. NELSON